COFFIN, Respondent, v. BURSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Edward Coffin against Louis Bur-

stein and another. M. Rosenthal, for appellants. P. Merrill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.